**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: October 13, 2010**

_____

BK1008962
JJR

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-60501 |
| Terry Jay Harmon | Chapter 7 |
| Debtor | Judge Preston |
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF U.S. BANK, N.A. FILED HEREIN ON SEPTEMBER 9, 2010 AS DOCKET #11 FOR PROPERTY LOCATED AT 59 GARFIELD AVENUE GALLIPOLIS, OH 45631)** |

This matter is before the Court upon the Motion for Relief From Stay filed by U.S. Bank, N.A. ("Movant") herein on September 9, 2010 as Pacer Document #11 for the property located at 59 Garfield Avenue Gallipolis, OH 45631; and it appearing to the Court that the Debtor, their counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached

to said Motion; and it further appearing that a response to the Motion was filed by the Trustee on September 15, 2010 and said response was subsequently withdrawn on September 30, 2010; accordingly

**IT IS THEREFORE ORDERED:**

The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is **terminated with respect to the interest in real property located at 59 Garfield Avenue Gallipolis, OH 45631 and held by Movant, its successors and assigns in order to permit Movant, its successors and assigns to exercise its State law remedies, including judicial foreclosure proceedings.**

SO ORDERED

/s/ Michael R Proctor
Michael R Proctor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0076240
Amy D. Vogel, Esq.
Bar Registration No. 0075169
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Brenda K. Harmon - Creditor
14003 State Route 7 South
Gallipolis, OH 45631
ORDINARY U.S. MAIL, POSTAGE PRE-PAID


                                              ###